# Exhibit A

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/08/2021

██████████        Fraud Supervisor, Costco, telephone number ██████████
██████████        Fraud Analyst, Costco telephone number ██████████     and
others (et al) employed at Costco were interviewed.

Around February or March 2020, Costco started receiving empty return
shipments for what were believed to be purchased products from Costco,
primarily electronics. Costco later determined that various individuals
throughout the U.S. were requesting refunds from Costco, to which Costco
would issue the refund and a return shipping label for. These return labels
were primarily shipped through United Parcel Service (UPS). These
individuals would then keep the "refunded" proceeds and just mail back an
empty package with the issued shipping label. Costco's refund platform is
automated and proprietary to Costco. Additionally, approximately 65% of
their shipments originate from their facility located in Issaquah.

Costco advised that these individuals may have contributed a portion of
the illicit refunds to dedicated refunding websites that are paid a portion
of the proceeds in return for receiving the detailed guidance on how to
conduct the scheme. Additionally, Costco believed that individuals may have
utilized a Refunding "E-Book", readily available for purchase online, that
also contained detailed instructions on how to facilitate this illicit
refund scheme. Costco added that this E-Book was obtained through the domain
mpgh.net.

This activity spanned several months and Costco estimated that they had
incurred a projected loss of $23 million USD as a result of this scheme.

Costco has attempted to contact the involved individuals, who were all
Costco members, requesting repayment. While some have complied, as of the
date of reporting, many have not. Costco has since cancelled all of the
memberships of the individuals believed to be involved in the scheme and

---

Investigation on  02/10/2021  at  Issaquah, Washington, United States (In Person)

File #  804I-SE-3343702                        Date drafted  03/08/2021

by  Jacobus W. Baik

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

804I-SE-3343702

Continuation of FD-302 of (U) Interview of Costco _____ , On 02/10/2021 , Page 2 of 2


efforts to recharge these individuals for the products is ongoing.

Costco advised that they had uncovered approximately 5,000 individuals across the U.S. who have requested fraudulent refunds. Among the 5,000, at least nine individuals located in Washington State have requested fraudulent refunds from Costco, resulting in an approximate $75,000.00 loss.

The spreadsheet containing the names of individuals associated with the loss of the highest 992 refund transactions and a copy of the referenced Refunding E-book, obtained by Costco will be attached as a digital 1A,

# Exhibit B

Simple Refunds Mentorship



**Simple Refunds**
@SimpleRefund

| **938** | **189** | **5** | **26** |
|---|---|---|---|
| Subscribers | Photos | Videos | Links |

<>Providing Professional & Honest Service
<>Owners: @Sxjed
<>Google form link> https://forms.gle/7N3Yvuk8JXE3Kre66
<>Chat: https://t.me/+F1h34-d4NjMyN2Ux
<>Vouches: https://t.me/simplerefundsvouches

 ✈ **DOWNLOAD TELEGRAM**

About    Blog    Apps    Platform

🟣For a limited time we are re-opening our extremely successful mentorship.
🟣Learn from the best in the game, from everything fraud related, to legit businesses and cleaning your money.
🟣Learn Amazon in-transit methods, third party refund methods, instant paypal, and access to the hottest private stores not offered to the public.
🟣Access to 20+ successful refunders that have refunded hundreds of THOUSANDS in the past month alone.
🟣Access to hotel refunds, how to obtain drops and VCCs (Never get banned from a site again)
🟣Access to our UPS, USPS insiders and future carrier related insiders once they're available.
1.2K 👁 Sxjed, 21:21

 Simple Refunds

🟣Learn how to create you're refunding service and or you can have a chance to work for us and get paid until you're ready to be on your own. One of our huge successes was "Ressu Refunds" , he started last year with us and now is close to being a millionaire this year, if you don't believe me you can ask ressu yourself.
🟣This Mentorship is not for everyone and it's not cheap either, I really don't mind if people don't want to join, because we literally have free money methods that we can keep ourselves and rape in private.
🟣Price will be $6000 💥15 Slots Only
Crypto, Zelle, Cashapp Accepted✅
1.2K 👁 Sxjed, 21:21

 Simple Refunds

12 spots left  931 👁 Sxjed, 21:30

 Simple Refunds

11 spots left , if you've done business with me before I can do half payment upfront then rest later
929 👁 Sxjed, 21:52

# Exhibit C

**Custom confirmation message**

Thank you for your interest. Someone will be contacting you shortly.

# Job Application Form

The Ressu Empire was started about 2 years ago from only Ressu to about a half dozen staff now.
Some Staff have been here since the beginning, some half that time and as we are expanding we've been bringing in new members as well. Things continue to ramp up so we're looking to hire a couple more Staff to help out with the ever expanding empire, and we'd prefer to keep it in house so are opening up applications to you guys.

The standards are high, the work load is heavy, and the environment is fast paced. We don't have time for someone who's not a good fit for us, so please only apply if you're ready to keep up.

* Indicates required question

Telegram Username (ex: @Name123) *

Which position(s) are you interested in? *

☐ 60 hours weekly, 6 days a week

☐ 50 hours weekly, 5 days a week

☐ Option 3

**Validation**

| Select at most | 2 |
| --- | --- |

Submit your cover letter or resume or short essay on why you should be hired. *

Do you have any experience? *

○ Yes

○ No

file:///U:/Seattle/Lit_Support/Active/ALS/Eclipse/Data/Criminal/AL-MAAREJ, Sajed/DATA/GOOGLE/VOL008/VOL001/Native/0006/GOOGLE_00178079.html

2/4

Do you currently hold a job? *

◯ Yes

◯ No

Can you multitask?Â *

◯ Yes

◯ No

Are you shy on phone calls? *

◯ Yes

◯ No

Can you be a Karen on demand? *

○ Yes

○ No

How old are you *

...........................................................................................................

What's your ethnicity? *

...........................................................................................................

This content is neither created nor endorsed by Google.

Google Forms

# Exhibit D

| m Username (ex: @Na | Which position(s) are you interested in? | Submit your cover letter or resume or short essay on why you should be hired | Do you have any experi... | Do you currently hold any... | Can you multitask? | Do you... shy on phone/chat | Can you be a Karen on dem... | How old are you | What's your ethnicity? |
|---|---|---|---|---|---|---|---|---|---|
| @theprezz | 50 hours weekly, 5 days a week | Did you see how I was able to get that label for Tractor supply ! Very good with customer service | Yes | No | Yes | No | Yes | 31 | Creole |
| Crims0nn | 60 hours weekly, 6 days a week | I grind hard | Yes | No | Yes | No | Yes | 20 | Pakistan |
| @Reizo69 | 60 hours weekly, 6 days a week | Currently knowledgeable enough to be hired for this position. Trustworthy, loyal, great customer service. Fast answers. Bilingual - Spanish- English. Have experience with SE- Photoshop. | Yes | No | Yes | No | Yes | 23 | Hispanic |
| Vict0rCruz | 50 hours weekly, 5 days a week | I've been apart of community for 3+years, not only do I think I can help out and be a rock and bring consistency but I can also possibly learn which is why I'd be up for the hours. | Yes | No | Yes | No | Yes | 21 | te/ American- Indian na |
| kingme33 | 60 hours weekly, 6 days a week | I already have ran a refunding server before and even food I just stopped for a while. Been doing this a while | Yes | No | Yes | No | Yes | 20 | Black |
| xkaykaykayx | weekly, 6 days a week, 50 hours weekly, 5 da | I have been refunding for myself and my friends since so long, i wanted to start a channel but couldn't get subscribers or stuff. have been looking to work for a well known refunder through which i can make good money. I feel this is a perfect opportunity for me to do so and I request you to give me a chance to prove myself. :) | Yes | No | Yes | No | Yes | 21 | Indian |
| collapsed | 60 hours weekly, 6 days a week | I'm a 15 year old that's got alot of time, trying to make money online somehow. I believe Ressu Refunds requires a lot of time, but yes I think it's worth it do if I were to get a job, I'd be paid about $600 a month at my age. I would put full effort into this job as the pay is very good, especially for my age. | No | No | Yes | Yes | Yes | 15 | British |
| @scamlyy | weekly, 6 days a week, 50 hours weekly, 5 da | I can dedicate everyday and all day to the job. I can put my mind to something and do it no matter what. Not sure what the positions is but I know a lot about refunding. Will be available 24/7 whenever I will be needed. Fast learner and I'm dedicated to those scene. | Yes | No | Yes | No | Yes | 21 | Hispanic |
| @Vesuvius430 | 50 hours weekly, 5 days a week | I think I should be hired because I currently focus full time on refunding and have been in the lifestyle for almost a full year. I am very versatile and can adapt to situations successfully as well as spot a scammer almost instantly. I am looking forward to being of help and of use to the ressu team because I have worked multiple jobs before with hours such as 50-60 a week and more. the most Ive ever worked was 83 hours in one week.I only made a measly $1200. I know for a fact I can make more if I were to join the ressu team and worked the same amount of time. thank you for your time and for reviewing this application. | Yes | No | Yes | No | Yes | 21 | Hispanic |
| yibangs | 50 hours weekly, 5 days a week | I've been in the refunding game for a while DNA started it all for me and have quite the experience with social engineering, a lot of the jigs currently happening I already have somewhat of an experience on without the client base tbh. I think I have so much time right now with me being in college right now that I really just want to stack as much as I can . I can work up to the 50 hours or even 60 I could care less as long as i'm getting paid on time, my mental is literally just to do what I need to do CORRECTLY and get paid. Being respectful and customer service comes first in r3funding always, a lot of providers are fucking rude or have an ego which is horrible, and not something I would do. Please hit me up very serious and willing to work around anything | Yes | No | Yes | No | Yes | 18 | Brown/Muslim |
| @chyun21 | 50 hours weekly, 5 days a week | I have a lot of past experience refunding stores including ftid stores and dna. I have refunded Bloomingdale's successfully multiple times for myself and for other people and I have refunded apple and other stores that failed upon initial and was able to talk my way through it and get that successful refund for people. Bloomingdale's I was able to get successful refunds 90 percent of the times for orders that failed. | Yes | No | Yes | No | Yes | 19 | Korean |
| @BussinB | 50 hours weekly, 5 days a week | I believe I should be hired because I've known about refunding for at least a year now. I also think I should be hired because I also am a hard worker and is great at multitasking and am a trusted person due to me doing business with ressu staff as well | Yes | No | Yes | No | Yes | 20 | Filipino/Asian |
| @laugh2thebankk | 50 hours weekly, 5 days a week | Have been a client of Simple Refunds support and place many orders from week to week. Im very good on phone calls and know how to talk to people and understand the psychological part of persuasion very well. Im a current college student with no source of income because except little side hustles like this method and I know this would be perfect place for me to work | Yes | No | Yes | No | No | 18 | Arab |
| @PLStoreOwner | 60 hours weekly, 6 days a week | Personally just willing to grow and learn. Im a non American who came to the US for school and after covid been struggling really bad financially. Started reselling as a way to make money, feed myself, my people and grow myself.<br><br>I excel in doing long monotonous tasks that most people hate. I'm willing to humble myself and learn from anyone. Yes I'd like to make money but my main focus is learning and networking, I know knowledge and a strong network can buy things that money can't.<br><br>I've never actually hit a Ref because my orders were canceled but I'm still willing to work. If you need someone to increase your revenue or boost the group, I'll do my best.<br><br>I can't sit here and tell you I'm Mr Perfect, who'll make this the worlds best Ref group. However I can guarantee you that you'll have a heard worker who is humble and willing to learn, grow and network. | Yes | Yes | Yes | No | Yes | 20 | African |
| s://t.me/MoneyMakeR9 | weekly, 6 days a week, 50 hours weekly, 5 da | Have 3+ years of refunding experienced. Also, know how to do FTID. Can multitask and is hungry for money. Willing to work overtime :) | Yes | No | Yes | No | Yes | 30 | Asian |
| @MisterNobodyyy | 60 hours weekly, 6 days a week | I should be hired because have experience with this line of work been doing it since 9th grade. But got out of the game for a year or 2 and am planning on returning to the game. Would love to learn and grow, be mentored and get taught the ways to continue the path and one day have my own server, and people under me just like you guys. Would greatly appreciate the opportunity and am good with social engineering I don't get nervous like other people who tend to stutter. Thank you for reading and have a great rest of your day. | Yes | Yes | Yes | No | Yes | 20 | Mexican |
| @Bear7533 | Option 3 | i do as asked | No | Yes | Yes | No | Yes | 16 | White Belgium |
| @BandsEz | 50 hours weekly, 5 days a week | I've been doing cashbacks or AKA refunds for over a year & even own my own cashout server to make extra money on the side.<br><br>Im on my phone 24/7 since my frontside income is being a social influencer.<br><br>I can definitely bring more people to the chat if needed, I used to charge $600 to JOIN a refund chat & they still pay 15% on top of refunds.<br><br>Can definitely fulfill any tasks needed with all the time on my hands.<br>If you have questions just hit me up. | Yes | No | Yes | No | Yes | 21 | Asian American |
| @bofasmv | 50 hours weekly, 5 days a week, Option 3 | Hey guys I'm a little familiar with the system, due to some guys that introduced me to you guys and I want to work and learn. | No | Yes | Yes | No | Yes | 18 | Hispanic |
| @AyeBrodie | 60 hours weekly, 6 days a week | Basically stuck at home with a bunch of free time...ran my own food plug business awhile back been looking for another opportunity to make some extra cash never did refunds before but I'm sure all I need is a quick run down and I know I'll pick it up very fast! Add me to the team after a short while I'm sure I'll be a top performer! | No | No | Yes | No | Yes | 35 | Mixed black and white |

Ex. D.xlsx

| m Username (ex: @Na | Which position(s) are you interested in? | Submit your cover letter or resume or short essay of why you should be hired | Do you have any experien | Do you currently hold a job? | Can you multitask? | If you sell on phone call can you be a Karen on dem | How old are you | What's your ethnicity? |
|---|---|---|---|---|---|---|---|---|
| Percocet_30 | Option 3 | I have well knowledge with refunding to simple DNAs to PPC. I also work with fellow boxers with FTID. I know basic stores within the list ressu has and can expand. | Yes | Yes | Yes | No | Yes | 21 | Hispanic |
| Bezzle @bezzlegod | 60 hours weekly, 6 days a week | I'm a 29 year old looking to generate more income to support my family. I've done plenty of business with ressu and been with him since he started on discord. My 9-5 simply does not cut it, and I'm hungry for more. I've worked two jobs at the same time before in the past and I know I can handle the load.As I got older I realized how important time is, I want to make the most out of mine. As you know time is money. | Yes | Yes | Yes | No | Yes | 29 | Jamaica |
| @vSwitchy | weekly, 6 days a week, 50 hours weekly, 5 da | I ran Chick Fil A and did Uber Eats B4U for Ressu's server back when we were on discord (March-May time period before Ressu parted ways with Discord) doing so pulling in the highest sales daily for Ressu's B4U food scene. Co-founder of Empire B4U which we did food B4U and Refunds for 4,000 members at our peak. I would work food/refund orders day in and day out 12 hours a day.

Still currently do food services (Grubhub B4U) and refunds but on a much smaller scale as Discord has locked down on those type of servers, and the food scene is in quite the dry spell. Empire B4U is since no more, but I own the telegram which has 1.5k members still.

I've been around in these type of scenes/services for 1.5 years, so I have a vast amount of knowledge and understanding of the tasks that are necessary to be performed, kept track of, and managed and the tools to manage these tasks/orders/status's such as Trello, Google Docs/Forms.

Well known and reputable in the food scene and I have many vouchers for the refund work that I have done over the past 1.5 years. | Yes | Yes | Yes | No | Yes | 23 | White |
| @rushryelog | 50 hours weekly, 5 days a week | I've been in the refunding scene for a year and I think that I would really add value to your team. Personally I have refunded 10k+ with myself and around 30k+ with other people's order so you can say I have some experience with refunding for clients. I've been able to keep up with people's orders and answer everything the client throws at me. Therefore, I will add value to your team and get orders out fast. | Yes | No | Yes | No | Yes | 18 | Asian |
| shakadaillest | 60 hours weekly, 6 days a week | I been into refunding a few years and I've  been socially engineering all of my failed refunds successfully all these years. I knew how to fi'd a few years ago as well but the way I knew died out & I had to become a customer ass nigga instead, but I'm more than ready & qualified to put actual methods to use. Yes I hold a job but I'll leave tdy. | Yes | Yes | Yes | No | Yes | 18 | Black |
| Jeffsonz | Option 3 | offers, be honest, the only issue is I have a job already, so might not perform like 60-80hours weekly | Yes | Yes | Yes | No | Yes | 26 | Asian |
| @xd473 | 50 hours weekly, 5 days a week | Hey, I'm a 19 year old college student with no job. I have a lot of free time, so this job would be perfect for me. I'm willing to put in the hours and do my job efficiently to help. | No | No | Yes | No | Yes | 19 | White |
| @oxy_x | 50 hours weekly, 5 days a week | prior experience. Over $30k+ success.
great customer service w hard work to satisfy customers. | Yes | No | Yes | No | Yes | 20 | African American |
| @Silent_hillz | 60 hours weekly, 6 days a week | Hello,

I have 2 years of refunding experience, in that time I've made tens of thousands of dollars and created my own UPS FTID method that works on "dead stores" (E.g. Nike, Costco etc.) and stores that generally don't play around. It's won me chargebacks against BestBuy (last resort) and big Amazon orders in the past.

My reason for applying is that the money I've made through refunding was to help a family member through medical issues, I rarely bought anything for myself or vanity—a purchase was always a necessity for me. The family member is in a better state now and I want to take it to the next level when it comes to refunding—I think Ressu runs his operations well and the staff is friendly and understanding.

I'm cool with customers; I have a lot of patience and know when to hold my tongue. The same with reps, I'm not the type to get angry and start calling names when business is involved. I can also explain situations quite well and have a good memory when it comes to repeating a script or following a story when it comes to a big job.

I have experience being a lead member in a group, I'm confident I can handle the workload. I'm a hard worker and I strive for perfection even when perfection isn't possible.

Thank you for your consideration,
Silent Hillz | Yes | No | Yes | No | Yes | 26 | Caucasian |
| @youngtiller22 | weekly, 6 days a week, 50 hours weekly, 5 da | Resume

Hello, I know i am a great fit for this position. My experience in building and upholding the reputation of my previous companies has gave me great knowledge on how to deal with customers. Not only that, but how a customer should be treated by a publically traded company. I know these skills can be very valuable to your team. Having someone who has the knowledge of playing both sides is invaluable. I am young and hungry to work to better my future. Feel free to contact me with your questions.

Work experience:
- worked in amazon FBA/ FBM for 2 years 2018-2022. Grew stores to over 50k in sales monthly.
- Built Shopify stores for automotive parts. Which i am still part owner in.
- Have experience working and collaborating in multifaceted ways in these businesses
- Highly experienced in dealing with corporate entities, and familiar with how they work.
- Lots of experience in customer service, as i was the one dealing with customer's daily.

Character traits:
- attention to detail
- Patience
- Charisma
- Persistence
- Clever
- Outside the box thinking

Ex. D.xlsx | Yes | No | Yes | No | Yes | 22 | African-American |

| m Username (ex: @Na | Which position(s) are you interested in? | Submit your cover letter or resume or short essay of why you should be hired | Do you have any experie | Do you currently hold any | Can you multitask? | If you shy on phone call | Can you be a Karen on dem | How old are you | What's your ethnicity? |
|---|---|---|---|---|---|---|---|---|---|
| @supply69 | 60 hours weekly, 6 days a week | My name is Anthony( I use to work for spectrum customer service and use bots to get sneaker drops and ps5s) I been refunding for about 8 months now. I first found out about refunding from a B4U server I became really interested and bought a membership for around 2k<br>Fast forward I make over 50k+ of this alone it was a life changing investment for me<br>I have hit almost every store<br>From Walmart,target, HD, qvc woot to all the designers store like farfech the real real and others<br>I well informed in most things since my group has compiled a store list of 300 stores plus<br>From DNA/PDNA tiractics UTD and LIT to DMG+RTS I have done it all<br><br>Also I have done PayPal claims from 1k - 7k<br>Also like using a program to create labels (currently learning)<br>And much more<br>I can also get on a call to test my SE and provide proof of anything I stated above<br>- Anthony | Yes | Yes | Yes | No | Yes | 23 | Mexican |
| @jow68 | 50 hours weekly, 5 days a week | i have been into refunding for a year and a half. This has made me earn a good experience which helps me to complete my tasks in an efficient way. I have been in many phone calls with different agents of different companies and have achieved a great number of refunds. I have been and also am part of different refunding groups from which i gather valuable information that helps me refund for my self. I am willing to put in the effort and all my knowledge to complete the tasks that i will be given. Also i will share the information that i gather from this groups and contacts that i have with the staff team. I am a hard working person and also very determined. These skills make my a very good option for your team i believe . I enjoy talking to people and giving them ideas or suggestions because as i said i am a part of many different refunding groups. The main thing which makes me ideal for the position is the fact that i also enjoy refunding because i see every order as a "mission" which i have to pass . I have a good amount of free time which i am willing to put into use. | Yes | Yes | Yes | No | Yes | 20 | Albanian ( i live in the us |
| will be using a diffrent c | 50 hours weekly, 5 days a week, Option 3 | Been in the refunding and reselling community for awhile now, I know alot of python so I can make my own tools or tools for the team, I don't know many refunding methods so I may need to be taught but I got good charisma and can learn fast. If needed I also know how to hack and dox. | Yes | No | Yes |  | Yes | 19 | White |
| AMPabg | weekly, 6 days a week, 50 hours weekly, 5 da | I'm a Active listener, doesn't know everything but has the skills to find out, is respectful and can transfer peacefullness to people, but on top of everything understands your vision, the reason of your Ressu Empire exists | Yes | No | Yes | No | Yes | 21 | Hispanic |
| @CINNAGRAM | weekly, 6 days a week, 50 hours weekly, 5 da | I've been in this industry for years, worked for some pretty big names and helped them grow. I'm a vet, I know what I'm doing . But I have a lot of free time on my hands and looking for another job | Yes | No | Yes | No | Yes | 23 | hmm hipaa laws |
| YoungDotDaDemon | weekly, 6 days a week, 50 hours weekly, 5 da | I've worked at a doctors office and had to answer calls on the phone, I would also do things such as talk to representatives from different medicine company's and sit down have lunches and basically negotiate how much we should be paying for medication. On some occasions I would have to do these meetings from the phone and sometime complain or be a "Karen" in some cases. I learned it's really about you talk to people, the certain switch ups from your voice, and even slightly over exaggerating could change the entire outcome.<br>During high school in 10th grade I also was involved in a school deescalation program that lasted until the whole year. In this program we did practice situations and although some of it was useful but a majority of it was not but I learned a lot from it and used it in my everyday life and it actually worked!<br>Last but not least I think I should be hired because I have a lot of free time and I already have an idea of how some of this works because before I joined this telegram I was refunding here and there by myself. I've also seen that you have to be have a story along with it as well. Right now I'm not in a good spot and have a lot of business ideas and etc but the funding isn't right. It would be a pleasure to see our relationship grow in the near future! | Yes | Yes | Yes | No | Yes | 19 | African American |
| creajay | 60 hours weekly, 6 days a week | been refunding for 2 years now. i personally think my best attribute is talking to representatives on the phone. | Yes | No | Yes | No | No | 21 | mexican |
| @VastKicks | 60 hours weekly, 6 days a week | I have prior refunding/se experience, and I have refunded myself thousands of dollars' worth of stuff from clothing stores and electronics stores with no issues. I understand how scans work and which scans you utilize for certain stores. I'm a quick learner who can pick up new methods from basic instructions. I'm aware that most retailers are just DNA (did not arrive), EB (empty box), or some type of FTID/LIT (fake tracking id/lost in transit), and I've used each of those ways numerous times, as well as RTS scans for in-transit refunds. When it comes to SE skills, I am very respectful to store representatives and also extremely patient, which I believe contributes to my refund success rate. If I were hired, I wouldn't require much training and could start working on orders right away. | Yes | No | Yes | No | Yes | 18 | Asian |
| @jamaal5245 | 50 hours weekly, 5 days a week | I have previous customer service experience. I love stay at home work. Ive worked with groups that did B4U services in the passed.. Just didn't like the childish acts that happened every now and again… I stay calm in tough situations. I work well in fast paced environments. I use to be a graphic designer for a startup so I'm familiar with deadlines/fast paced environments and such. Ive also worked in a call center making cold calls for a solar company. Im on my computer almost all day and was actually looking for a remote job instead of having to work in a warehouse anymore. Im a very nice guy and would love to work with you guys! Hope to hear back from you guys! Here is my linked in : https://www.linkedin.com/in/aumen-holliday-34311b151 | Yes | No | Yes | No | Yes | 27 | African American |
| @JViz17 | 50 hours weekly, 5 days a week | Good evening,<br><br>I believe I should be hired because I have experience working in the customer service environment. I've been working in the retail space since 17 so I know how to deal with customers. The companies I've worked for are rite aid, Walmart, and target customer service . I am currently working on demand at target so I have a lot of free time. Lastly, I would like to note that I know how to complain on the phone as a customer to a store associate/ executive so I know what works and doesn't when it comes to the customer getting what they want. I hope to hear back from you soon and I look forward in working with you guys soon. If you have any questions please feel free to reach out to me via telegram.<br><br>Best regards,<br>Jack V          Ex. D.xlsx | Yes | No | Yes | No | Yes | 21 | Latino |

| m Username (ex: @Na... | Which position(s) are you interested in? | Submit your cover letter or resume or short essay on why you should be hired. | Do you have any experience/Do you currently hold a... | Can you multitask? | if you shy on phone call... | you be a Karen on dem... | How old are you | What's your ethnicity? |
|---|---|---|---|---|---|---|---|---|
| @Zeechd | 50 hours weekly, 5 days a week, Option 3 | I have done a lot of orders in the past with you guys and I have done it for years now so I have had some experience calling and getting labels. | Yes | Yes | Yes | No | Yes | 30 | Asian |
| @rbfrefund Channel: @ | 60 hours weekly, 6 days a week | Already run a successful refund service. | Yes | No | Yes | No | Yes | 22 | White |
| designerdemon | 60 hours weekly, 6 days a week | To begin with to keep this short and sweet, I have experience doing refund orders for people already...I am a hardworking and can handle alot of orders and requests because i keep my duties well organized. Overall get the job done:) | Yes | No | Yes | No | Yes | 20 | African American |
| @ProfitPete | 60 hours weekly, 6 days a week | I'm a hard-working mature adult with plenty of business experience. Have a business first mindset and understand the discipline and work ethic that is required to be successful. I have a good voice and perfect balance of manners/stubbornness to get my way( can prove with voice chat) I'm highly confident I'm the best candidate to join the team as I'm very easy going with a chill personality with the determination to help any way possible to be the #1 ref service. Please give me a 2nd interview on video or voice call so I can prove myself. There's an imposter @profitpete account so please also email seasonshype650@gmail.com | Yes | Yes | Yes | No | Yes | 30 | White |
| PRAYTWONE | weekly, 6 days a week, 50 hours weekly, 5 da... | I'll be able to complete tickets and task all throughout my day. I can supply promos, giveaways, and overall more customers. My schedule will never be interrupted by minor issues. I can supply great customer service with ressu customers and store reps. I am willing to work when staff are on break for whatever reason just so we're not backed up. When it comes down to the overall ref progress I can guarantee that no ref will be done wrong and all information will be double checked to insure it's done properly. I have no experience but have a good grasp at what is done just have not attempted it. | No | No | No | No | Yes | 18 | Hispanic |
| RobbinDaRich | 50 hours weekly, 5 days a week | Because I'm RobbinDaRich. My expertise should be known already | Yes | Yes | Yes | No | Yes | 24 (note on above, son | Mix. Mexi-American |
| @jcm1216 | 60 hours weekly, 6 days a week, 50 hours we... | ► Customer Service: Ability to interact with customers to address inquiries, resolve issues, and ensure prompt service delivery. Success meeting and exceeding organizational goals within team driven and self-guided roles. ► Relationship Development: Strong interpersonal talents with a passion for cultivating long-term relationships with key stakeholders, peers, and management. An engaging presenter and skilled written communicator. Proven ability to collaborate with colleagues to achieve goals. ► Multi-tasking & Problem Resolution: Reliable and detail-oriented individual with a sense of diligence and aptitude to effectively complete multi-task assignments within strict deadlines. ► Key Strengths: Effectively interface with management to collaborate on issues and resolve problems. Results- focused; able to achieve maximum impact with minimal cost.  Starbucks Barista Entrusted with the responsibility to perform wide range of customer service activities, such as making quality beverages, preparing food orders, and managing daily till opening and closing procedures. Created a welcoming and enjoyable experience ensuring customer satisfaction by maintaining a friendly, accommodating, and positive attitude. Valued as a "customer magnet, " with a knack for cultivating loyal clientele by building rapport and professional relationships with guests. Developed customized recommendations and offer solutions, exceeding client expectations. Selected Contributions: * Professionally navigated customer initiated contacts to understand root cause issues, offering solutions which exceeding client expectations. * Contributed to a comfortable customer experience by showing concern for issues and responding timely. * Reduced wait times by up to 25% * Commended for initiative, persuasiveness, intense customer focus and dependability in performance evaluations.  Data Entry/Invoice Clerk Held key accountability for creating invoices and keeping the financial process of a business running | Yes | No | Yes | No | Yes | 18 turning 19 this week | Hispanic |
| @BradyFan123 | 60 hours weekly, 6 days a week | file:///D:/Jonathan_Branigan_-_Cover_Letter%20(1).pdf | Yes | No | Yes | No | Yes | 23 | White but I'm well seas... |
| @killuabb | 50 hours weekly, 5 days a week | I am the one handling ARG orders previously and I am money driven. Would love to continue on in this scene to further improve on myself. Most importantly, I want to have financial freedom. | Yes | No | Yes | No | Yes | 22 | christian |
| @cobranats | 50 hours weekly, 5 days a week, Option 3 | Information about me For confidential purposes the name/nickname I will go by is "Nats", I am a 23 year old male living here in the states. Part - time job at the hospital but will obviously make this opportunity work. Experiences ● Amazon ○ Hit this store easily over 200 times total for my friends and myself. I originally started hitting this store back in 2017 with methods like "DNA" or "EB", eventually got better at SE and FTID and started to hit more orders and higher prices. Then came instant scans which made life easier! ● Bestbuy ○ Hit this store a lot with the easy DNA/EB methods ● Costco ○ FTID, DNA, Reroute scans Etc hit this store for my friends and myself. Got myself a bunch of TVs! ● Paypal claims ○ A Lot of them are very similar. I hit stores from NZXT, BH Photo, .. Clothing .. etc have yet to ever lose a claim done easily over 50. ● Ubereats/ Groceries ○ Easiest of them all, LMAO. ● Social Engineering ○ A Lot of these require minimal to some social engineering skills which I picked up very fast and have mastered. I can be persona then another in an instance. My biggest flex (and main source of income for 2 years) was I called in various prescriptions for people on their demand whether it was pain medication or Adderall for college students. I managed to call pharmacies and call in a prescription for whoever needed and whatever they needed. Unfortunately a lot of these methods have died and I no longer can call in control substances but a major part of this "operation" was Social Engineering. In conclusion, I meet all requirements and am fit for this job. I dont have the biggest of names in the community but I have done a lot of orders myself and for friends. I am a very good team player and will succeed in this business, overall making Ressu Refunds expand. | Yes | Yes | Yes | No | Yes | 23 | Hispanic/White - Amer... |

Ex. D.xlsx

| m Username (ex: @Na... | Which position(s) are you interested in? | Submit your cover letter or resume or short essay on why you should be hired | Do you have any experie... | Do you currently hold any... | Can you manag... | If you ...ny on phone call... | Can you be a Karen on dem... | How old are you | What's your ethnicity? |
|---|---|---|---|---|---|---|---|---|---|
| Papakekk | 50 hours weekly, 5 days a week | I think I'd be a good fit for the staff team because of my experience with social engineering situations, I've done my own refunds back in the past and understand the process with boxing and certain methods depending on the site. I'm also a professional when it comes to bitching, enough reasonable pressure usually gets you your way I've come to realize with real world experience and company's I've worked for such as sales , customer service and retail jobs so I have some understanding on how the customers is "always right" if there's a will there's a way. | Yes | No | Yes | No | Yes | 20 | White |
| @nicebrazilll | 50 hours weekly, 5 days a week | wanna grab some money for life, yes i know i am newbie in refunding game but i am surely will do every thing for the money. | Yes | No | Yes | No | No | 21 | Self-discipline, Never i |
| impulsivexplsn | 60 hours weekly, 6 days a week | I have been working in this industry for the past three years. Have previous experience with various stores and methods. I have engaged in premium groups such as Teleftid, Foxie, and IFRUIT in the past. Master the strategies for ROS, Advance fid, and RTS Scans, along with a great deal more. I have strong English skills. I look for possible holes in the company's so I can refund them. In addition to that, I am a serial number SEer. I am interested in working as a dedicated supporter to assist you and serve you more effectively. I am able to work seven days a week and am online for twenty hours every day. Looking forward to cooperating with you in the future. | Yes | No | Yes | No | Yes | 25 | Asian |
| OppaRef | 60 hours weekly, 6 days a week | Hello , Thankyou for giving the opportunity to apply for this opening Ressu. A quick introduction of myself, I've been refunding since 2018 and have seen many stores come and go during this time. I mainly just run refunds for personal and friends and resale. I have experience refunding with pretty much every store and if any new store is offered I usually figure out the method within a few minutes. This type of job really suits my interest as I have a deep passion for refunds as it has helped me changed my financial circumstances

I have worked with other refunders before helping them with dna calls etc and dropped ftids, and know which stores require dna / empty box and weather it needs to be done over the phone or if chat is fine.  Also , all the ros/ rod / LIT stores I am able to do proficiently and make follow up so the refund is processed asap.  It is no problem to call either as that works better then live chatting where they leave notes on the chats.

I've been part of your server for a while now and I must admit I am quite impressed on how neatly and organized it is ran and would love to be part of such a team as I have no personal desire of starting my own service  and would much rather join a reputable brand which already has their customer base who know how every thing operate and just contribute to the behind the scenes work regarding the actual refunds. Regardless of the outcome for this position , I wish you the best in your endeavors.  On another note, there is many stores you don't offer yet that I know and have tested personally for refunds that are working great right now and would not mind working on an deal even if you are not interested in hiring me :). | Yes | No | Yes | No | Yes | 23 | Viet |
| @famguyeu | 60 hours weekly, 6 days a week, 50 hours we | I have good experience in dealing with customers as I used to provide services like ubereats, grubhub, chipotle, walmart, etc. I have been a refunder since almost 8 months. Have quite a bit knowledge  about what to do in which situations. I think my addition to your team will be beneficial for both of us, as I can give in the hours needed, plus you won't have to use much time to train me. I tend to learn things fast and already have knowledge and experience in this field. Thanks for considering me. | Yes | No | Yes | Yes | Yes | 23 | prefer not to answer |
| @tnn3437 | 50 hours weekly, 5 days a week | I'm a college student but I have a lot of free time. Money of overarchievement are my motivations. | Yes | Yes | Yes | No | Yes | 25 | Asian |
| Anyleator | 60 hours weekly, 6 days a week, 50 hours we | For the last year I have delved into the world of refunding and have gained a lot of experience. I have done over 40k worth of refs and would love to give back to the community. The Reesu community has been very helpful and is based on morals. I have seen several communities where this isn't the case. I am a professional and treat others with respect. | Yes | Yes | Yes | No | Yes | 23 | South East Asian but I |
| Sparky123 | 60 hours weekly, 6 days a week, 50 hours we | Hello, my name is Luis canjura currently living in CA. I have been using services like this for a few years now. Use to run CC scams with making clones and using skimmers and programs to make cards. Very interested in doing something like this now. I currently am not working and need something to do and am very determined to work. I also am very determined to work and learn. | No | No | Yes | No | Yes | 28 | Latino |
| @rebillme | 50 hours weekly, 5 days a week | -1 year as customer service
-2 years as target customer service
-Ran a ref group with about 100 members & had a little over $20,000 in refunds (ran it for about a year before it was taken down) | Yes | No | Yes | No | Yes | 21 | white |
| @Life_Kim | 50 hours weekly, 5 days a week, Option 3 | As an Computer science student i am always dealing with technical stuff.  This knowledge will surely help me form a foundation and build more knowledge. I will be loyal and dedicated, and will never cross a line. I am reliable, hard-working, and understand all processes thoroughly. I am good at maintaining relationships with people too. I am a fast learner, have got good grasping skills, and I am really motivated. I am punctual and will not at all take too much time to learn something new and implement it. | No | Yes | Yes | No | No | 28 | Indian |
| Polorichh | 60 hours weekly, 6 days a week, 50 hours we | Cmon bro | Yes | No | Yes | No | Yes | 20 | Hispanic |
| Polorichhh | 60 hours weekly, 6 days a week, 50 hours we | Cmon bro | Yes | No | Yes | No | Yes | 20 | Hispanic |
| @tw_redsaint | 50 hours weekly, 5 days a week | Little infor about me, I've been having experiences since 2020, I have refunded a lot of hot stores that you could think of. Plus that I'm in college, I am a free man, I don't have any job, I can put full time into this. | Yes | No | Yes | No | Yes | 22 | Asian |
| @Aisaka | 60 hours weekly, 6 days a week | I've had loads of experience of the B4U scene, I've worked for B's under Qrab, and BPTOP and did various of restaurants such as Chipotle, Subway, Grubhub, and Uber Eats. I'm also somewhat experienced in the refunding scene. I do refunds for myself using the DNA, FTID3 methods. A few of my friends in the scene had insiders and I gave them so I've done a few refunds using that method. I'm not stranger to this whole scene. My plug name when I was active in the B4U scene was Aaron. I'm just a college student looking for another side hustle. | Yes | No | Yes | No | Yes | 20 | Asian |
| Funnybart69 | 50 hours weekly, 5 days a week | Hire me ressu, you know I know how the scene works I've done hundreds of refunds for my customers and always have the best customer service, I know almost everything and with my name being big in the b4u scene I can potentially bring some more to the table I hope ;) hire me I'm bored af and jobless | Yes | No | Yes | No | Yes | 21 | Asian |
| @Febrezes | 60 hours weekly, 6 days a week | Reason I feel like I should be hired is because I have a lot of experience doing SE I used to do Bose the method were you need to get a serial number ect I'll handle customer care professional if I'm having an off day it's towards whatever caused it not pushing emotions on the customers as they haven't done nothing to me | Yes | No | Yes | No | Yes | 17 | Hispanic |

| m Username (ex: @Na... | Which position(s) are you interested in? | Submit your cover letter or resume or short essay on why you should be hired. | you have any experie... | you currently hold a jo... | Can you multitask? | if you shy on phone cal... | you be a Karen on dem... | How old are you | What's your ethnicity? |
|---|---|---|---|---|---|---|---|---|---|
| Trappy | Option 3 | I am very direct on what I want and I am not here to waste your time or mine. I am an ambitious person and can follow instructions. As long as I am told and given instructions on what it is I will follow them. I can control my emotions very well and can collaborate very well if needed. I can make up situations to make me win even if I'm losing so if there ever was a situation where I am pressured I can come up with a solution if there is a problem. I'm only 17 years old but I know I can bring a lot to the team if I was given the chance because I want to win just like we all do so I believe I should be given the position to work with you guys. Thank you for your time. I hope to talk soon. | No | No | Yes | No | Yes | 17 | Hispanic/american |
| @RamsesLLC | 60 hours weekly, 6 days a week, 50 hours we | Hello, I would like to be hired because I am very responsible and ready to work. I can do it all, im also a fast learner. My first job was waiting outside home depot waiting to get any work possible, I am a big fan of Ressu and the team. I would love to someday be part of the team and hope to grow with the team. | Yes | Yes | Yes | No | Yes | 23 | Mexicano |
| santanarefs | 60 hours weekly, 6 days a week | I can do multiple stores and i've had 2 years in refunding in the past | Yes | No | Yes | No | Yes | 16 | Sudani |
| ilextery | 60 hours weekly, 6 days a week | know the basic of refunding, and i have very good communication while on the phone, i've done multiple on the phone refunds for big sites like homedepot, wayfair,and etc. | Yes | Yes | Yes | No | Yes | 22 | latino |
| SentinelShade | 50 hours weekly, 5 days a week | Hello, Im a 33 year old disabled veteran. Was police as a soldier. Have a ton of experience from scalping and botting, moved on to Simple Refunds with SxJed and now am a test runner here. I should be hired because I am an adult that knows how to be professional and can treat this like a job. I am home bound so this would be perfect and I feel I would be a good fit. I have a good report in the chat with Henry and others and seem generally liked amongst staff and testers. Thank you. | Yes | No | Yes | No | Yes | 33 | Caucasian |
| djsavage | 60 hours weekly, 6 days a week, 50 hours we | Hello my name is Brandon. I have 2 years of customer service experience and I,am very good with computers. I,am not sure what the job requires but i,am used to being on the phone talking to people and i built my own computer. i have 2 monitors so i,am very good at multi-tasking. I can provide my resume if needed. I quit my job 3 months ago and have been looking ever since, this would be a great opportunity for me. I work well under pressure and can handle many things at once . I am deadlines very serious and i,am very loyal. thank you for the consideration. | Yes | No | Yes | No | Yes | 29 | Hispanic |
| Sam Gritt | 50 hours weekly, 5 days a week | Im multi task my qualification | Yes | Yes | Yes | No | Yes | 44 | Asian |
| @blankspaces00 | 50 hours weekly, 5 days a week | I believe i'd make a great fit on the team, im 18, I have experience with a real job in hospitality for 3 years so i know how to keep a customer happy regardless of the situation. I work well under pressure, the job i work at can become very intense when we get slammed. Not only do i have experience in hospitality, but i do work with web design, graphic design, etc. Essentially what im saying is I'm a very adaptable person, whatever you need me to do i can do it. If i dont know how i will research, be taught, what ever i need to do i will find out how.<br><br>If it wasn't a given I'm also well versed in getting along with others.<br><br>If you have any questions don't hesitate to reach out. @blankspaces00 | Yes | Yes | Yes | No | Yes | 18 | White/asian (i sound w |
| Sick6x | 50 hours weekly, 5 days a week, Option 3 | Short and sweet I'm new to refunding, but I pick things up quickly. Im good at doing Ros (obviously isn't hard). Ready to do more and learn more. | Yes | Yes | Yes | No | Yes | 26 | African American |
| @NoPasserby | I am n | 60 hours weekly, 6 days a week, 50 hours w | Hey!<br><br>When I firstly started my journey of making first money at 16 I've gotten into Reselling business after I tried to sell my first supreme item - belt. When I realized that it's possible to make good money on that I immediately started to diving deeper and deeper into resell game.<br>I have 5 years experience of moderating various Sneaker related resources, such as websites and large social media sneaker related groups (15K+ subs). Since then I've got wealthy amount of skills that help me in this niche.<br>I was moderating cook groups and I've managed to make a lot of big people of that business and work with them. I have learnt all the underwater rocks of this game and gained great skills of managing human resources, moderating the information and departments and also doing PR I am really fond of business and management and always try to discover something new and learn it by working with professional people.<br><br>I am purposeful and responsible person. I won't satisfied until I did my best to achieve the goal. I am also easy to communicate and online most of time. I know 2 languages fluently - Russian and English.<br>I am also familiar with Refunding niche and Social Engineering, spent numerous hours serfing dark forums and learning most I can about that, but I am still pretty amateur in this sphere. It's always great to find your place in community, a team, but something more than just a team - a family and learn something new, get more experience and always strive and prosper.<br><br>Thank you very much for your time | Yes | No | Yes | No | Yes | 21 | European |
| Yarau416 | 60 hours weekly, 6 days a week | patient, 2 much free time, addicted to money | No | No | Yes | No | Yes | 19 | Eritrean |
| @w_kpw | 50 hours weekly, 5 days a week, Option 3 | I have worked many jobs and ran a discounted chipotle server for people on servers for 8 months. I have lots of experience dealing with dumbass people and can multitask like crazy. | Yes | No | Yes | No | Yes | 18 | Asian |
| Forty | 60 hours weekly, 6 days a week, 50 hours we | I'd love to join a highly energetic team like the Ressu staff. This community we have is growing rapidly and will only get bigger. If granted the opportunity I will not give anything less than maximum effort guaranteed. | Yes | No | Yes | No | Yes | 26 | African American |
| KinggJ | 60 hours weekly, 6 days a week | I can do/say anything on demand. I hold a job that requires me to change my scripts very easily. Im a hard-worker and can do any tasks. Im easy to teach and adaptable to any situation. | No | Yes | Yes | No | Yes | 25 | Asian |
| @Pot4to | 60 hours weekly, 6 days a week | Have refund experience 3 years especially amazon, and many other stores but now method changes so fast , need to hurry up :$ | Yes | No | Yes | No | Yes | 27 | White |

Exhibit E

17 May 2022



**Ressu Refunds**                                                          13:49



**Photo**

157×75

ayeeee we just hit 1k members!!! all orders put in today will be put into a raffle and 2 of them will be done for free!!!

As long as you fill the form even if it isnt delivered, you get to join the raffle!!

Doesnt apply to amazon in transit orders.

# Exhibit F

- 1 of 3 -

FD-302 (Rev. 5-8-10)



## FEDERAL BUREAU OF INVESTIGATION

Date of entry     <u>10/11/2023</u>

On September 26, 2023, LEONARDO VIDAL, date of birth ████████████
social security number ████████████ home address
████████████████████████████ was interviewed by FBI Special Agent
(SA) Natalie Gudehus and FBI SA Greg Leiman at his residence. As background,
VIDAL was contacted by FBI Special Agents during a search of VIDAL's
residence. VIDAL was then brought to a bedroom in the residence to be
interviewed.

During the interview, which will be documented in a separate FD-302,
VIDAL informed Agents about merchandise he obtained through refunding being
stored in containers on his friend's property. VIDAL's friend was KEVIN
ROCHA, date of birth June 27, 1999, home address ████████████████████
████████████████████████

Following the interview, VIDAL voluntarily rode with SA Leiman and SA
Gudehus from the residence to ████████residence. On the way to ████████
residence, VIDAL signed an FD-26 Consent to Search (attached via 1A package)
for the four storage containers located on ████████ property. VIDAL brought
with him what he believed were the keys to the storage containers. On the
way to ████████residence, SA Leiman attempted to call ████████but he did not
answer. SA Leiman left a voicemail.

Upon arrival at ████████residence, VIDAL led Agents to the containers.
████████was present and also gave Agents verbal consent to search the
containers.████████confirmed that he and his family rent out the space for
the storage containers.

With the keys, Agents were only able to open two of the storage
containers. Of note, one of the storage containers contained approximately
245 Dewalt Drills, approximately 92 Coway Airmega Air Purifiers, and
approximately 78 M18 Fuel High Torque Wrenches. Some of the packages had
shipping labels addressed "To: AFFORDABLE DEALS, ████████████████████████
████████████████████ "

During the search, SA Leiman asked VIDAL where all of the merchandise in

---

Investigation on   <u>09/26/2023</u>   at   <u>Little Rock and Palmdale, California, United States (In Person)</u>

File #   <u>87J-SE-3659048, 196D-SE-3661404</u>      Date drafted   <u>10/10/2023</u>

by   GUDEHUS NATALIE, Gregory L. Leiman

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

87J-SE-3659048

(U) Consent Search of Storage Locations
Continuation of FD-302 of Associated with Leonardo Vidal _____, On 09/26/2023 , Page 2 of 3

the containers came from. VIDAL replied, "Refunding." VIDAL stated that
approximately 90% of the merchandise in the containers was from refunding.
At the end of the search, Agents locked up the storage containers and
confiscated the keys. No items were seized. Prior to departing the property
with Agents, Vidal told SA Leiman that other people may have access to his
(VIDAL's) cryptocurrency wallets. VIDAL was concerned that if others with
access to his cryptocurrency wallets transferred or liquidated any of the
cryptocurrency, the FBI might mistakenly think VIDAL was the one conducting
the transfers. VIDAL later agreed to relinquish access to these accounts to
the FBI and would not object to the FBI seizing any cryptocurrency therein.

As Agents were leaving the property, VIDAL remembered that he also had a
storage unit containing merchandise. The keys to the storage unit were at
his residence with _____ VIDAL voluntarily rode with Agents back to
his residence to pick up the keys to the storage unit.

Upon arrival at the residence, VIDAL went inside to obtain the keys to
the storage unit. _____ and VIDAL both came outside and both decided to go
to the storage unit with Agents. _____ and VIDAL rode in their vehicle while
Agents followed behind them in a separate vehicle to the storage unit.

The storage unit was located at Extra Space Storage, _____
_____ The unit was #417. Upon arrival at Extra Space Storage,
_____ input a passcode to open a gate. _____ later provided the passcode to
Agents: _____

VIDAL and _____ both signed the FD-26 Consent to Search (attached via 1A
package) for Unit #417. _____ unlocked the storage unit. Of note, the
storage unit contained multiple boxes of Cricut Mug Presses, Patagonia
clothing, iRobot products, and Carhartt clothing, as well as packages
addressed "To: AFFORDABLE DEALS, STE A7 323, _____
_____

At the end of the search, VIDAL signed an FD-1086 Consent to Assume
Online Identity (attached via 1A package) for his Trust Wallet account.
VIDAL provided the password: _____ VIDAL also offered SA Leiman a "hit" of
his vape. SA Leiman declined.

Agents then locked up the storage unit and confiscated the keys. No items
were seized. SA Leiman informed _____ and VIDAL that they were not to re-
enter the storage unit or the storage containers at any time for any reason.

Additional items attached via 1A package to this document are any photos

87J-SE-3659048

Continuation of FD-302 of      (U) Consent Search of Storage Locations
                               Associated with Leonardo Vidal              , On   09/26/2023   , Page   3 of 3


and any notes taken during the searches. The keys to the storage containers
and storage unit will be maintained in a physical 1A.





Exhibit G



20:01

Now offering Adidas.com/us. NO limits, refund is 48 hours or less.
Exclusive Ressu method!.

12 September 2021

**Ressu Refunds**                                                              13:23



Wayfair.com No limits!! Freight items too. No scripts. No rebills.
Personal/private Ressu method!! 30% or 300 dollar min fee. DM your
cart for approval. Join me on discord: https://discord.gg/wzEdrd93jY

# Exhibit H

# RessuBot

---

**27 June 2023**

JB    ▓▓▓▓▓▓                         10:44

/start

R    **RessuBot**                                  10:44



Check out @RessuRefund for instant updates, and @RessuPortal for all our sercices.

⚠️ **ORDER PREVIEW** ⚠️               10:44
📦 Order ID: 6Q072R6
👤 Username: ▓▓▓▓▓▓▓
🟢 User ID: 5528909314

Which store did you order from?            10:44

JB    ▓▓▓▓▓▓                          10:44

Microsoft

**RessuBot**

Exhibit I



### UNITED STATES POSTAL INSPECTION SERVICE
### IS FORM 75 - REPORT OF ACTIVITY

| CASE NUMBER | PROGRAM | DIVISION | DOMICILE | ACTIVITY DATE | START TIME: | END TIME: |
|---|---|---|---|---|---|
| 3846430-MF | SEATTLE | SEATTLE DHQ | 08/01/2023 | 02:00 PM | 02:29 PM |

| SUBMITTING EMPLOYEE | WRN | ACTIVITY TYPE | | | | |
|---|---|
| AJKerkof | Interview |

| REPORT TITLE |
|---|
| Interview with Home Depot Corporate Security Investigations |

**DETAILS**

On August 1, 2023, AUSA Lauren Staniar (Staniar) and Postal Inspector Amy Kerkof (Kerkof) spoke with Home Depot Corporate Security Investigator ▓▓▓▓▓▓▓▓▓ and Home Depot Corporate Security Team Lead ▓▓▓▓ ▓▓▓▓ The purpose of the call was to follow up on records produced by Home Depot.

Regarding the spreadsheet, "All Orders Williamson St LE Request" on the first tab "Raw Data", ▓▓▓ clarified that for column H titled "Status", the "Returned Received" status indicates that a refund was given for the product. It does not indicate the item was returned to Home Depot.

Staniar asked if Home Depot captured the reason for a refund, such as if an item was not received by the customer or if the customer reported the item was received damaged. According to ▓▓▓▓ that information should be captured by the employee processing the refund and documented in the Order Notes. However, Order Notes are not required to process a refund. Staniar asked if they could look into this information related to the orders provided on the spreadsheet. ▓▓▓▓ stated they would look for that information, but it may require a manual search through the order records.

Observations made ▓▓▓ regarding these orders includes the type of merchandise purchased are all things that are easily pawned. The billing information shows it's all the same address with slight variations and the variations in emails make them look like they are made up emails.

▓▓▓▓ further explained that they refer to customers showing this kind of activity as a "reseller". They do attempt to stop customers who exhibit reseller activity from continuing to make online purchases. If they identify a reseller account based on refund activity, they will block that account. Resellers get around that by opening a new account. If Home Depot blocks a payment method of a reseller, the reseller will use a new payment method (such as using a new credit card). If Home Depot blocks an address of a reseller, the reseller will make changes to the address such as spelling out Street or Avenue or adding unit numbers. Hines advised they would check to see if this customer has ever been blocked.

Staniar asked if the amount of $537,102.09 on the Refund Totals tab indicated this was the total amount of merchandise the customer received in refunds. ▓▓▓ replied this is correct.

Regarding the second spreadsheet, "Morpheus Received Data.xlsx" ▓▓▓▓ explained this spreadsheet is used to track parcels received at the return merchandise warehouse, that are either empty or bogus, meaning the returned parcel does not contain the product to be returned. This spreadsheet is the only place they track bogus returns, and it is dependent on the staff at the warehouse inputting the information. He went on to explain that the returns on this spreadsheet do not accurately reflect all the bogus returns by this customer as they have many returns in their warehouse that have not been processed yet. Hines believed this spreadsheet would be updated in the next month or

USAO-00188156

two.

When asked, ▨▨▨ stated that Home Depot does not attempt to do chargebacks for these empty envelope or bogus returns.

▨▨▨ also noted that the customer changed their purchasing habits from smart home products to power tools when Home Depot changed its policy in November of 2022, to in store returns only for these smart home products.

**REFERENCES**

1. All Orders Williamson Street LE Request.cvs.xlsx
2. Morpheus Received Data.xlsx

END OF REPORT

**IS Form 75**
**Report of Activity**
**Updated 06.02.2023**
**All previous versions of this form are obsolete**

**Law Enforcement Sensitive**

*This report is the property of the U.S. Postal Inspection Service. Possession, dissemination, distribution, or copying of this report or its contents is prohibited without express permission of the U.S. Postal Inspection Service.*

Page 2 of 2



GRAND JURY

MATERIAL

USAO-00188157

# Exhibit J

13 June 2022

**Ressu Refunds**                                                                                    15:03



Make sure to cancel your cards if you've done a wally refund. Don't wait for a rebill to happen. Stay ahead of it my dudes.

Preventing rebills its not our jobs, so stay safe, and good luck!!!

8 July 2022

**Ressu Refunds**                                                                   09:56



Seeing a few ppl say wally rebilled them or that they heard someone got rebilled. Like always take precaution when refunding. Cancel your cards, turn off the visa thingy, use dummy bank accounts. Our job is to refund your stuff, your job is to stay safe while doing it!

Have a nice day everyone! :)

11 August 2022

**Ressu Refunds**                                                                                     21:49

Hello everyone. This is your casual reminder to cancel your cards. Use dummy bank accounts. Use fullz. Use vcc. Lock your cards when not in use. Stay safe. Take precautions. Just cause you haven't been rebilled today, it doesn't mean it can't happen tomorrow.

Oh yea. Use PayPal so you don't get rebilled.

Good night everyone, invite your friends !!!

Damn and i was just about to offer amazon in transit again. Fuck 19:24
that

Lets sneak this in with the panic. 19:35
*Revolve might be dead tooo. so no longer offering*



19:48

Amazon is not fucking around.

Close your bank accounts, close the cards. Don't wait for it to happen.
Bank accounts are free.

 **Ressu Refunds** 19:57

 Announcement 22.09.2022 19:55:53

**Animation**
Not included, change data exporting settings
to download.

3.6 MB

**To all those rebilled by orders WE did, we'll take care of you.
We'll toss a few cheap refunds your way** ❤️

 **Ressu Refunds** 20:00

If you got hit with an Amazon rebill from an old in-transit refund order,
simply dispute while it's pending and change your card, Amazon
doesn't answer disputes 👇 you've already been hit might as well try
anything

# Ressu Refunds



 **Ressu Refunds**                                              20:48

Announcement 22.09.2022 19:55:53

📹 **Animation**
Not included, change data exporting settings
to download.
3.6 MB

**Amazon rebill FAQ**

Amazon is rebilling customers that did instant orders a few
months ago, if yours was not instant do not worry about it.
There are multiple scenarios, I will proceed to tell you my
recommendation for each one of them.

**#1.** No rebill attempt, no pending charges, no sign of
amazon.

–If this is you: I recommend reporting your card as
lost/stolen, contacting your bank and asking to put a
merchant block on Amazon. The reason can be your amazon
account was stolen, you've asked them multiple times to not
charge your account, multiple issues with amazon, or
whatever you wanna say. Move your funds from that card to
another bank just in case it goes through your account goes
negative and you can proceeed to fight it and not go broke.

**#2.** Rebill was attempted but did not go through.

–If this is you: same steps as for #1.

**#3.** Rebill went through, currently pending or posted already.
If this is you we have a few options.

–If pending: I suggest calling in and request a stop-
payment/claim unauthorized.
–If charge is posted: you're gonna have to dispute with bank.
This will either be with the following reasons, DID NOT
RECEIVE ORDER, or UNAUTHORIZED CHARGE/DON'T
RECOGNIZE CHARGE.

There is also this thing called Visa Account Updater (VAU)
where companies can get your card info even if you report as
stolen, might be good to mention this to your bank and ask
to opt out of it.